J-S13038-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| JODY ANDREW BOYER, | |
| Appellant | No. 1531 WDA 2014 |

Appeal from the Judgment of Sentence September 11, 2014
In the Court of Common Pleas of Fayette County
Criminal Division at No(s): CP-26-CR-0000069-2014

BEFORE:  BENDER, P.J.E., MUNDY, J., and STABILE, J.

DISSENTING STATEMENT BY BENDER, P.J.E.:          **FILED JUNE 3, 2015**

I do not believe the Commonwealth presented sufficient evidence to support the conviction for resisting arrest.  Accordingly, I respectfully dissent.